1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )     CASE NO. S 04-467 GEB
                                  )
11              Plaintiff,        )
                                  )
12     v.                         )     STIPULATION AND ORDER TO
                                  )     EXCLUDE TIME
13 NOE MANZO ALVAREZ &            )
   CARLOS MANZO ALVAREZ,          )
14                                )
                Defendants.       )
15 _____  )

16     In Court on May 20, 2005 the parties requested and agreed
17 that time beginning May 20, 2005 and extending through the next
18 status conference on July 15, 2005 should be excluded from the
19 calculation of time under the Speedy Trial Act.  The parties
20 stipulate that the ends of justice are served by the Court
21 excluding such time, so that newly retained counsel for defendant
22 Noe Manzo Alvarez may have reasonable time necessary for
23 effective preparation, taking into account the exercise of due
24 diligence, and so that each defendant may have continuity of
25 counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel
26 for defendant Noe Manzo Alvarez needs opportunity to review for
27 the first time the discovery in this case, and both defendants
28 need a status conference date that fits the schedules of their

                                1

attorneys.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATE: May 20, 2005         By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: May 20, 2005             /s/Preciliano Martinez by MDS
                                    PRECILIANO MARTINEZ
                                    Attorney for Noe Manzo Alvarez

DATE: May 20, 2005             /s/Dina Santos by MDS
                                    DINA SANTOS
                                    Atty for Carlos Manzo Alvarez

                                      **SO ORDERED.**

Dated:  May 23, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge