UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 04CR467 GEB |
| Plaintiff | DESIGNATION OF COUNSEL |
| vs. | |
| NOE ALVAREZ, | [SUBSTITUTION OF ATTORNEY] |
| Defendant(s). | |

    **NOE ALVAREZ,** (Defendant) hereby substitutes:

Name    **PRECILIANO MARTINEZ**
Address    **801 15th Street, Suite F, Modesto, Ca. 95354**
    **(209) 579-2206 / 579-2211 Fax**

as attorney of record in place and stead of the  **MICHAEL BIGELOW**

Dated: 5/17/05                        /s/ NOE ALVAREZ
                                                  NOE ALVAREZ

    I consent to the above substitution.

Dated: 5/17 /05                       /S/ MICHAEL BIGELOW
                                                  MICHAEL BIGELOW

    I am duly admitted to practice in this district.
    Above substitution accepted.

Dated: 5/17/05                          /s/ PRECILIANO MARTINEZ
                                                  PRECILIANO MARTINEZ

Dated:     May 23, 2005
Approved:  /s/Garland E. Burrell, Jr.
           UNITED STATES DISTRICT JUDGE

NOTE:  Please check appropriate box to indicate whether new counsel

      was:    _X__   retained or,   ___  appointed by the Court.

**SUBSTITUTION OF ATTORNEY**