1  Preciliano Martinez, Bar No. 93253
   801 15th Street, Suite F
2  Modesto, CA 95354
   (209) 579-2206/(209) 579-2211 Fax
3

4

5  Attorney For Defendant
   Noe Manzo Alvarez
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12 | UNITED STATES OF AMERICA,    )   No.              2: 04 - cr - 467 GEB
                                  )
13 |           Plaintiff,          )
                                  )   STIPULATION AND ORDER VACATING DATE,
14 |                               )   AND CONTINUING CASE
                                  )
15 |     v.                        )
                                  )
   | Noe Manzo Alvarez             )
16 |                               )   Date:   February 10, 2006
                                  )   Time:   9:00 a.m.
17 |           Defendant.          )   Judge:  Hon. Garland E. Burrell, Jr.
   | _____|

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

20 Mathew Segal, Counsel for Plaintiff, Attorney Preciliano Martinez. Counsel for Defendant Noe

21 Manzo Alvarez and Attorney Dina L. Santos Counsel for defendant Carlos Alvarez, that the

22 sentencing hearing scheduled for January 13, 2006, be vacated and the matter be continued to

23 this court's calendar on February 10, 2006 at 9:00 a.m.

24       This continuance is requested by the defense in order to permit the defendants to fulfill

25 their obligations pursuant to section 18 US.C. § 3553 and US.S. G § 5C1.2.

26       The court is advised that counsel have conferred about this request, that they have agreed

27 to the February 10, 2006 date, and that Ms. Santos has authorized Preciliano Martinez to sign this

28 stipulation on her behalf.

1     **IT IS SO STIPULATED**.

2   Dated: January 04, 2006                          /S/ Preciliano Martinez
3                                                       PRECILIANO MARTINEZ
                                                       Attorney for Defendant
4                                                       Noe Manzo Alvarez

6   Dated: Januarty 04, 2006                        /S/ Dina L. Santos
7                                                       DINA L. SANTOS
                                                    Attorney for Carlos Alvarez

9   Dated: January 04, 2006                         /S/ Mathew Segal
10                                                   MATHEW SEGAL
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

12     **IT IS SO STIPULATED**.

13                          By the Court,

14   Dated: January 26, 2006

16                                     /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
17                                     United States District Judge